# EXHIBIT 1

# EXHIBIT 1

# LAS VEGAS
# REVIEW-JOURNAL
## reviewjournal.com

March 3, 2010
Copyright © Las Vegas Review-Journal

## $4.7million will make localcenters better click

Hubble Smith LAS VEGAS REVIEW-JOURNAL

By HUBBLE SMITH

LAS VEGAS REVIEW-JOURNAL

The federal government is sending nearly **$4.7 million** in economic stimulus money to Southern Nevada for computer training **centers**, U.S. Commerce Secretary Gary Locke said Tuesday.

The grant, part of the American Recovery and Reinvestment Act of 2009, is being given to the Clark County Urban League to expand capacity at 14 existing computer **centers** and create 15 new **centers**, Locke said in a conference call from Washington, D.C.

The Department of Commerce has handed out 11 grants totaling $42 **million** for computer training **centers** throughout the United States, the secretary said.

The new computer **centers** in Las Vegas, located in low-income neighborhood community **centers**, **will** replace 100 outdated computer stations and add 90 stations. They **will** boost capacity from 1,600 users a week to 4,600 users, he said.

The facilities **will** offer computer classes, job training and certification programs and community health programs through **local** partner organizations.

"Too many communities in Clark County and across the country are stuck with 20th-century infrastructure in a 21st-century global economy," Locke said. "Today's grant is a small, but important step to finding work and creating job opportunity."

The **centers** provide online tools and training for people seeking employment, as well as course work in subject matters not always found in high schools and community colleges, he said.

Locke had no estimate of how many jobs the funding would create in Southern Nevada, but he said the buildout of computer **centers will** employ a lot of workers from the construction trades, as well as technicians to wire and install the computer systems. It also benefits **local** companies that sell computer equipment and office supplies.

Spanish-speaking instructors **will** be hired to help the Hispanic population.

Sen. Harry Reid, D-Nev., said community **centers** and senior **centers** play an important role for Southern Nevadans looking to upgrade their skills and find a job. There **will** be a coordinated outreach with minority-owned businesses, he said.

"It shows how our society has changed," Reid said during the conference call. "If we talk about building a new office, everyone understands what it takes. Basically that's what this is, but instead of offices, we're setting up **centers** to do computer work. This is going to create jobs."

Locke said the computer **centers will** help stimulate the economy in a number of ways. People can get training for **better** job opportunities, community college students can quicken their studies and people who **make** things out of their home or garage can get more business exposure, he said.

Reid said job seekers can add to their résumé that they were trained by Urban League computer **centers**.

U.S. Rep. Shelley Berkley, D-Nev., praised the grant that **will** expand computer access for many Southern Nevada residents. They can search for employment and acquire new job skills, pay bills over the Internet or keep in touch with family and friends, she said.

The American Recovery and Reinvestment Act was signed into law by President Obama as a direct response to the economic crisis in February 2009. Its goals are to create new jobs, as well as save existing ones; spur economic activity and investment in long-term growth; and foster unprecedented levels of accountability and transparency in government spending.

Tom Power, chief of staff of the National Telecommunications and Information Administration, said the Clark County Urban League **will** draw funds from the Commerce Department and spend them according to the grant. Five computer **centers will** be built every three months, he said.

The 23 grants announced Tuesday, totaling more than $160 **million, will** lay the groundwork to bring high-speed Internet access to **millions** of households and businesses and link up thousands of schools, hospitals, libraries and public safety offices to the information superhighway.

"Over the long term, enabling our people to create new products and new ways of doing business **will** help communities throughout the country get onto a sustainable growth path, and that's what the Recovery Act is all about," Locke said.

Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491. Stephens Washington Bureau Chief Steve Tetreault contributed to this report.

# EXHIBIT 2

# EXHIBIT 2



Employer: Log In | Register | Rates | Post a Job

Your Best Bet for Local Jobs.

### Job Seekers

**Log In**

Already have a VegasJobs.com account? Welcome back.

**Register**

Register here! Post your resume and have jobs e-mailed to you.

**Job Search**

Search for local jobs across Vegas by keyword, category and/or location.

**Career Resources**

Find helpful advice, tips and news to enhance your job search.

**Company Profiles**

Learn about top local employers.

**User Guide**

Reference material with everything you need to know about this site.

« Bills to Create Jobs in Vegas
City Jobs in Las Vegas Lost Without Mayor's Aid »

**Funds for Computer Training Will Help Job Search in Vegas**

According to the Las Vegas Review Journal, the federal government is sending nearly $4.7 million in economic stimulus money to Nevada for computer training centers, a move that will help many with their job search in Las Vegas.

The grant, part of the American Recovery and Reinvestment Act of 2009, is being given to the Clark County Urban League to expand capacity at 14 existing computer centers and create 15 new centers, U.S. Commerce Secretary Gary Locke said in a conference call from Washington, D.C.

The Department of Commerce has handed out 11 grants totaling $42 million for computer training centers throughout the United States, the secretary said.

The new computer centers in Las Vegas, located in low-income neighborhood community centers, will replace 100 outdated computer stations and add 90 stations. They will boost capacity from 1,600 users a week to 4,600 users, he said.

The facilities will offer computer classes, job training and certification programs and community health programs through local partner organizations.

"Too many communities in Clark County and across the country are stuck with 20th-century infrastructure in a 21st-century global economy," Locke said. "Today's grant is a small, but important step to finding work and creating job opportunity."

The centers provide online tools and training for people seeking employment, as well as course work in subject matters not always found in high schools and community colleges, he said.

Locke had no estimate of how many jobs the funding would create in Southern Nevada, but he said the buildout of computer centers will employ a lot of workers from the construction trades, as well as technicians to wire and install the computer systems. It also benefits local companies that sell computer equipment and office supplies.

Spanish-speaking instructors will be hired to help the Hispanic population.

Sen. Harry Reid, D-Nev., said community centers and senior centers play an important role for Southern Nevadans looking to upgrade their skills and find a job. There will be a coordinated outreach with minority-owned businesses, he said.

"It shows how our society has changed," Reid said during the conference call. "If we talk about building a new office, everyone understands what it takes. Basically that's what this is, but instead of offices, we're setting up centers to do computer work. This is going to create jobs."

Locke said the computer centers will help stimulate the economy in a number of ways. People can get training for better job opportunities, community college students can quicken their studies and people who make things out of their home or garage can get more business exposure, he said.

Reid said job seekers can add to their résumé that they were trained by Urban League computer centers.

U.S. Rep. Shelley Berkley, D-Nev., praised the grant that will expand computer access for many Southern Nevada residents. They can search for employment and acquire new job skills, pay bills over the Internet or keep in touch with family and friends, she said.

The American Recovery and Reinvestment Act was signed into law by President Obama as a direct response to the economic crisis in February 2009. Its goals are to create new jobs, as well as save existing ones; spur economic activity and investment in long-term growth; and foster unprecedented levels of accountability and transparency in government spending.

Tom Power, chief of staff of the National Telecommunications and Information Administration, said the Clark County Urban League will draw funds from the Commerce Department and spend them according to the grant. Five computer centers will be built every three months, he said.

The 23 grants announced Tuesday, totaling more than $160 million, will lay the groundwork to bring high-speed Internet access to millions of households and businesses and link up thousands of schools, hospitals, libraries and public safety offices to the information superhighway.

"Over the long term, enabling our people to create new products and new ways of doing business will help communities throughout the country get onto a sustainable growth path, and that's what the Recovery Act is all about," Locke said.

    ShareThis

This entry was posted on Wednesday, March 3rd, 2010 at 3:33 pm and is filed under Job Search, Jobs. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

**What Are You Looking for?**

★ greater challenges

★ comprehensive benefits

★ more respect

Find it at:
www.vegasjobs.com

Your Best Bet for Local Jobs

# EXHIBIT 3

# EXHIBIT 3



**Your Best Bet for Local Jobs.**

Employer: Log In | Register | Rates | Post a Job

### Job Seekers

**Log In**

Already have a VegasJobs.com account? Welcome back.

**Register**

Register here! Post your resume and have jobs e-mailed to you.

**Job Search**

Search for local jobs across Vegas by keyword, category and/or location.

**Career Resources**

Find helpful advice, tips and news to enhance your job search.

**Company Profiles**

Learn about top local employers.

**User Guide**

Reference material with everything you need to know about this site.

« Lawmakers Warn, Don't Eliminate City Jobs in Vegas
Firefighter Jobs in Vegas Safe »

### Nevada Power Co. Debates Creating Energy Jobs in Vegas

Nevada Power Co. is debating about whether or not to save money or to invest in creating new energy jobs in Las Vegas (click here).
According to Las Vegas Review Journal.com, that is the question facing state regulators.
Others disagree, arguing that the electric utility serving Las Vegas can save both money and electricity for customers by maintaining a big budget for energy-conservation programs.
Usually energy conservation and power savings go hand in hand because reduced power consumption saves on the cost of building new plants and burning fuel to make electricity.
Although energy-conservation programs cost money, they often save money that otherwise would need to be spent on fuel and power generation equipment.
However, the struggling Southern Nevada economy has dampened demand for electricity, and Nevada Power already has adequate generating capacity to meet needs, some analysts argue.
Nevada Power, the Las Vegas-based subsidiary of NV Energy, sparked the regulatory debate in February when it changed its Integrated Resource Plan application with state regulators, cutting the proposed 2010 budget to $52.8 million from $95.8 million suggested in July.
Even with the budget reduction, the utility intends to boost the amount of money spent on demand-response energy programs. Demand-response programs automatically reduce electricity consumption by shutting off power to participating customers for short periods when electricity prices are high or electricity is in short supply.
Nevada Power's Cool Share program, which allows the utility to turn off a home air conditioner during peak periods of energy use, is a demand-response program. In contrast, the residential refrigerator recycling program, which pays residents $30 for old inefficient refrigerators, is not a demand-response program. I don't save any money when my neighbor eliminates the extra, inefficient refrigerator in his garage.
Demand-response programs reduce rates for all customers, Gregory Kern, the utility's director of renewable generation and energy efficiency, said in testimony filed with the Public Utilities Commission.
The utility is forecasting slack power demand because of low population growth in the Las Vegas Valley.
"Sales growth is flat in the short run and projected to grow slowly in the coming years," Kern said. "With the sluggish economy and less (power generating) capacity required to meet future growth, it makes sense to defer plans for adding capacity."
Eric Witkoski, chief of the attorney general's Bureau of Consumer Protection, also favored trimming the budget for energy-conservation programs at Nevada Power. Utility consumers pay for conservation programs at Nevada Power through rates, Witkoski said in an e-mail.
"We need to be wise and reasonable on future investment including energy efficiency expenditures that are paid for by the ratepayers," Witkoski said. "Additionally, Las Vegas is expected to lag behind the rest of the nation in recovery. So we have to watch expenditures as we move through the recession."
On the other side, several conservation groups contend that Nevada Power should retain its full energy-conservation budget.
"Whether or not there's the need for new (power-generation) capacity in the near term, medium term or long-term, the company has developed cost-effective programs that generate economic benefits that exceed the cost," said Howard Geller, executive director of the Southwest Energy Efficiency Program, a public interest group based in Boulder, Colo.
Energy-conservation programs reduce air pollution from power plants, reduce water consumption by power plants and create jobs, Geller said.
"Our recommendations are good for customers, good for the environment and good for the local economy," Geller said.
Yet, houses and buildings will be constructed without sufficient energy conservation features if the Nevada Power program is curtailed, he said. After a home or building is completed it is more costly to install energy-conservation measures, such as insulation, he said.
"It's criminal not to build energy-efficient homes and buildings," he said. "This isn't something you can turn on and off. It's much harder to go back in and retrofit energy efficiency down the road."
ShareThis
This entry was posted on Wednesday, May 12th, 2010 at 9:50 pm and is filed under Jobs. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

© 2010 VegasJobs.com | VegasJobs.com Blog | Terms of Service/Privacy Policy | About VegasJobs.com | Contact Us | User Guide | Advertising Rates

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:      Text

Registration Number / Date:
                   TX0007139268 / 2010-05-13

Application Title: $4.7 million will make local center better click.

Title:             $4.7 million will make local center better click.

Description:       Electronic file (eService)

Copyright Claimant:
                   Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                   2010-03-03

Nation of First Publication:
                   United States

Authorship on Application:
                   Stephens Media LLC, employer for hire; Domicile: United
                      States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                   Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                      Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                      States, (702) 527-5900, dbrownell@righthaven.com

Names:             Stephens Media LLC
                   Righthaven LLC

================================================================================
```